**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1649**

BRIAN DALE ATEN,

Plaintiff - Appellant,

v.

WALLACE H. WIGGINS, JR., owner of LPS Construction Company,

Defendant - Appellee,

and

RICHLAND COUNTY; JOHN DOE, in their individual and/or official capacity; ARCHITECTS, CONTRACTORS, AND SUBCONTRACTORS OF THE ALVIN S. GLENN DETENTION CENTER, in their individual and/or official capacity; ADMINISTRATOR OF THE ALVIN S. GLENN DETENTION CENTER, in their individual and/or official capacity; SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; M. B. KAHN CONSTRUCTION COMPANY, INC.,

Defendants.

Appeal from the United States District Court for the District of South Carolina, at Orangeburg. Donald C. Coggins, Jr., District Judge. (5:16-cv-03614-DCC)

Submitted: February 26, 2021                    Decided: March 12, 2021

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brian Dale Aten, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian Dale Aten appeals the district court's order granting summary judgment to Defendants in Aten's 42 U.S.C. § 1983 action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Aten v. Wiggins*, No. 5:16-cv-03614-DCC (D.S.C. July 2, 2018 & Aug. 29, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*